UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>HECTOR DURAN ALDACO, et al.,<br><br>Defendant(s). | CASE NO. CR24-0079-KKE<br><br>ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR A PROTECTIVE ORDER |

The United States filed a motion for a protective order to restrain certain forfeitable property. Dkt. No. 176. No opposition was filed.

The motion explains that the following firearms, and associated ammunition and magazines, were seized on or about February 8, 2024, from a safe located inside a silver Mercedes sedan, registered to R.Y. (collectively, the "Subject Firearms")[1]:

1. FN 503 9mm pistol, bearing serial number CV007827 (the "FN Pistol"); and

2. Smith & Wesson M&P 9 Shield 9mm pistol, bearing serial number RFW3046 (the "S&W Pistol").

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' motion and the supporting declaration of Drug Enforcement Administration Special

---

[1] The United States provided notice of its intent to seek forfeiture of the Subject Firearms in the Indictment (Dkt. No. 1 at 5). In this Second Forfeiture Bill of Particulars (Dkt. No. 175 at 6), the United States provided additional information regarding the Subject Firearms, including their serial numbers.

ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR A PROTECTIVE ORDER - 1

Agent Salvatore T. Giampapa (Dkt. No. 177), hereby finds entry of a protective order restraining the above-identified property (collectively, "the Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on May 8, 2024 (Dkt. No. 1 at 5) and in the Second Forfeiture Bill of Particulars (Dkt. No. 175 at 6);

- Based on the facts set forth in the Declaration of Special Agent Giampapa, there is probable cause to believe the Subject Property may, upon the Defendants' conviction, be forfeited in this case; and,

- To ensure the Subject Property remains available for forfeiture, its continued restraint under 21 U.S.C. § 853(e)(1) is appropriate.

Now, therefore, the Court ORDERS:

1. The United States' unopposed motion for a protective order restraining the Subject Property pending the conclusion of this case (Dkt. No. 176) is GRANTED; and,

2. The Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

Dated this 26th day of November, 2024.

Kymberly K. Evanson
United States District Judge