UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR DURAN ALDACO,<br>DANIEL MORENO,<br>NELDIN LICONA RIVERA,<br>ALEXANDER KEMP, and<br>BRYAN GONZALEZ GUTIERREZ<br><br>Defendants. | ) | NO. 2:24-cr-00079-KKE<br><br>ORDER RELIEVING THE COORDINATING DISCOVERY ATTORNEY OF MONTHLY EX PARTE STATUS REPORTS<br><br>CLERK'S ACTION REQUIRED |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN LOPEZ,<br><br>Defendant. | ) | NO. 2:24-cr-00090-KKE-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALINA ROSE ATSEMET,<br><br>Defendant. | ) | NO. 2:24-cr-00082-KKE-1 |

In 2021, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney to assist defense counsel with the management of discovery. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of the vendor's work and whether that work remains within the budget of funds authorized by the Court, with the copy provided to defense counsel.

*United States v. Duran Aldaco, et al.*, 2:24-cr-00079-KKE, Document 82, Order Appointing Russell M. Aoki as Coordinating Discovery Attorney, May 28, 2024, at 4; *United States v. Lopez*, 2:24-cr-00090-KKE-1, Order Appointing Russell M. Aoki as Coordinating Discovery Attorney, Document 27, June 21, 2024, at 3; *United States v. Atsemet*, 2:24-cr-00082-KKE-1, Document 25, Order Appointing Russell M. Aoki as Coordinating Discovery Attorney, July 15, 2024, at 3.

. There are no defendants set for trial. The Government has stopped producing discovery. There are no expenses for the CDA to monitor.

Accordingly, the Court modifies its previous orders as follows:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 5th day of August, 2026.

Kymberly K. Evanson
United States District Court Judge